**KRIS A. McLEAN**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED
MISSOULA, MT

2006 FEB 1 PM 2 20

PATRICK E. DUFFY
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

## MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 06- 5 -M-DWM** |
| **Plaintiff,** | **INDICTMENT** |
| **vs.** | **WIRE FRAUD (Count I)** Title 18 U.S.C. § 1343 (Penalty: Twenty years imprisonment, $250,000 fine, and three years supervised release) |
| **ALAN MORRISON HAY,** | |
| **Defendant** | **MONEY LAUNDERING (Count II)** Title 18 U.S.C. § 1957 (Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |

THE GRAND JURY CHARGES:

## COUNT I

That from on or about November, 1999 and continuing until on or about March,

2001 at Whitefish and other locations within and without the District of Montana, the

defendant, ALAN MORRISON HAY, having devised a scheme for obtaining money or property by means of materially false or fraudulent pretenses, representations, or promises, that is, the defendant knowingly enticed persons named William Hart, Richard Lundell, Kay Barker and Fred Barker and others to invest money in, among other things, a gold mine in Ecuador, a timber farm in Costa Rica, a high return certificate of deposit at a bank in Miami, Florida and real estate development in and around Missoula, Montana, by misrepresenting the actual rate of return and/or the true purpose of the investment and for the purpose of executing such scheme or artifice, caused the following interstate wire communications:

| Victim | Date | Communication | From | To |
|---|---|---|---|---|
| Richard Lundell | 11/5/99 | $103,000 wire transfer | Glacier Bank Whitefish, Montana | International Bank of Miami Florida |
| Richard Lundell | 11/18/99 | $100,000 wire transfer | Glacier Bank Whitefish, Montana | International Bank of Miami Florida |
| Kay & Fred Barker | 6/2/00 | $157,000 wire transfer | First Interstate Bank, Kalispell, Montana | Mountain West Bank, Missoula, Montana |
| Kay & Fred Barker | 7/28/00 | $19,000 wire transfer | First Interstate Bank Kalispell, Montana | Mountain West Bank, Missoula, Montana |
| William Hart | 2/20/01 | $50,000 wire transfer | Glacier Bank Whitefish, Montana | CitiBank, New York City, New York |
| Kay Barker | 3/8/01 | Telephone Conversation | Whitefish, Montana | Salt Lake City, Utah |
| | 3/14/01 | Telephone Conversation | Whitefish, Montana | Salt Lake City, Utah |
| | 3/26/01 | Fax | Kalispell, Montana | Salt Lake City, Utah |
| | 4/16/01 | Telephone Conversation | Unknown Location | Salt Lake City, Utah |

all in violation of 18 U.S.C. § 1343.

# COUNT II

That on or about February 20, 2001 at Whitefish, within the State and District of Montana, the defendant, ALAN MORRISON HAY, did knowingly engage and attempt to engage in a monetary transaction by, through, or to a financial institution affecting interstate or foreign commerce in criminally derived property of a value greater than $10,000.00, that is, a withdrawal and wire transfer from Glacier Bank, Whitefish, Montana, in the amount of $50,000 to CitiBank, New York City, New York, such property having been derived from a specified unlawful activity, that is, wire fraud in violation of 18 U.S.C. § 1343, and as alleged in Count I, all in violation of 18 U.S.C. § 1957.

A TRUE BILL.

_____
FOREPERSON

_____
WILLIAM W. MERCER
United States Attorney

_____
CARL E. ROSTAD
Criminal Chief Assistant U.S. Attorney

WARRANT_____

BAIL_____

CRM/SUM ✓ *Returnable 3-2-06 @ 10:30 A.m. in Missoula before Mag. LBE*

# United States District Court

## District of Montana, Missoula Division

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

VS.

**Alan Morrison Hay % Dean Browning Webb**
8002 NE Highway 99, Suite B, PMB 256
Vancouver, WA 98665-8833

Case Number: CR-06-05-M-DWM

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| PLACE: | U.S. DISTRICT COURT 201 E. BROADWAY MAGISTRATE COURTROOM MISSOULA, MT 59801 | DATE: 03/02/06 |
|---|---|---|
| BEFORE: | HONORABLE LEIF B. ERICKSON UNITED STATES MAGISTRATE JUDGE | TIME: 10:30 a.m. |

To answer the Indictment charging you with a violation of Title 18 United States Code, Section[s] 1343; 1957.

Brief description of offense: Wire Fraud; Money Laundering.

CERTIFIED COPY OF CHARGING DOCUMENT ATTACHED.
Assigned to: Kris A. McLean

_C. Dahley_
Signature of Issuing Officer

(COURT SEAL)

Date: February 2, 2006

**CAROL A. DAHLEY, DEPUTY CLERK**
Name and Title of Issuing Officer

| *RETURN* | |
|---|---|
| THIS SUMMONS WAS SERVED ON THE ABOVE-NAMED DEFENDANT AT: | |
| DATE OF SERVICE: | *DWIGHT MACKAY* UNITED STATES MARSHAL |
| RETURNED ON: | |
| BY:     DEPUTY U.S. MARSHAL | |

# Criminal Case Cover Sheet

U.S. District Court

**Place of Offense:**
City: __Whitefish__

County/Parish:   Flathead

**Related Case Information:**
Superseding Indictment_____  Docket #:_5_____

Same Defendant_____  New Defendant_____

Magistrate Judge Case Number_____

Search Warrant Case Number_____

R 20/R 40 from District of_____

**Defendant Information:**

Juvenile:___Yes ___No    If Yes, Matter to be sealed:___ Yes ___No

Defendant Name:___ALAN HAY_____

Alias Name:_____

Address:___c/o Dean Browning Webb, Attorney at Law_____

__8002 NE Highway 99, Ste B, PMB 256, Vancouver, WA 98665-8833____

Birthdate:11/9/43_____  SS#:_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_____  Sex:_M_  Race:_White___  Nationality:_USC____

**U.S. Attorney Information:**

AUSA:__Kris A. McLean_____

Interpreter:___Yes ___ No    List language and/or dialect:_____

**Location Status:**

Arrest Date:_____

___ Already in Federal Custody as of_____ in _____

___ Already in State Custody

___ On Pretrial Release

**U.S.C. Citations**

Total # of Counts:__2_____    [ ] Petty    [ ] Misdemeanor    [X] Felony

|  | Index Key/Code | Description of Offense Charged | Count |
|---|---|---|---|
| Set 1 | 18 :1343 | Wire Fraud | 1 |
| Set 2 | 18 :1957 | Money Laundering | 2 |
| Set 3 |  |  |  |
| Set 4 |  |  |  |

Date:__2/1/06_____    Signature of AUSA:_____

District Court Case Number (To be filled in by deputy Clerk):_____