**KRIS A. MCLEAN**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

FILED
MISSOULA, MT

2006 FEB 9 PM 4 40

PATRICK E. DUFFY

BY _____
DEPUTY CLERK

# ORIGINAL

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **CR 06-05-M-DWM** |
| **vs.** | |
| **ALAN MORRISON HAY,** | **MOTION FOR ARREST WARRANT** |
| **Defendant.** | |

Comes now the United States, by and through Kris A. McLean, Assistant United States Attorney, for the State and District of Montana and moves this Court for the issuance of an arrest warrant for the defendant, Alan Morrison Hay, on the grounds and for the following reasons:

The defendant was indicted by a federal grand jury on February 1, 2006 charging Alan Morrison Hay with one count of wire fraud (18 U.S.C. § 1343) and one count of Money Laundering (18 U.S.C. § 1957). A summons was issued at that time for the defendant to appear at an arraignment on March 2, 2006 in Missoula, Montana and sent to counsel for the defendant Dean Browning Webb. Correspondence from Mr. Webb indicates that he is no longer counsel for the defendant and that the defendant's whereabouts are unknown.

WHEREFORE the United States respectfully requests this Court to issue an arrest warrant for the defendant, Alan Morrison Hay.

DATED this 8th day of February, 2006

WILLIAM W. MERCER
United States Attorney

KRIS A. McLEAN
Assistant United States Attorney