# UNITED STATES DISTRICT COURT

## MISSOULA DIVISION, DISTRICT OF MONTANA

UNITED STATES OF AMERICA

     V.

ALAN MORRISON HAY

To: The United States Marshal and any
Authorized United States Officer

### WARRANT FOR ARREST

CASE NUMBER: CR 06-05-M-DWM

     YOU ARE HEREBY COMMANDED to arrest ALAN MORRISON HAY and bring him forthwith to the nearest magistrate to answer a(n)

(x) Indictment  () Information  () Complaint  () Order of Court  () Violation Notice  () Probation Violation Petition

charging him with Wire Fraud and Money Laundering in violation of 18 U.S.C. §§ 1343, and 1957.

| | |
|---|---|
| Honorable Leif B. Erickson | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| | Missoula, Montana |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $            by

Leif B. Erickson
United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |