Kris A. McLean
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Kris.McLean@usdoj.gov



ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 06-05 -M-DWM |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO DISMISS INDICTMENT AND QUASH ARREST WARRANT |
| ALAN MORRISON HAY, | |
| Defendant. | |

Comes now the United States, by and through Kris A. McLean, Assistant

United States Attorney, for the State and District of Montana and moves this Court

to dismiss the Indictment and quash the arrest warrant presently pending against

the defendant on the following grounds and for the following reasons: The

defendant was indicted on February 1, 2006 for Wire Fraud in violation of

1

18 U.S.C. §1343 and Money Laundering in violation of 18 U.S.C. § 1957.  Since the defendant was a fugitive at the time, an arrest warrant was issued by this Court on February 21, 2006.  To date, the defendant has remained a fugitive despite extensive efforts by the United States Marshals Service, the United States Department of Justice Office of International Affairs, and Interpol to find and arrest him pursuant to this Court's order.  Given the length of time that has elapsed from the date of the crime, the fading of witnesses' memories and the death of at least one important witness listed in the Indictment, continued prosecution of these charges is not in the best interests of justice.

WHEREFORE the United States respectfully requests this Court dismiss the Indictment and quash the arrest warrant currently pending against the defendant.

DATED this 11th day of March, 2015.

MICHAEL W. COTTER
United States Attorney

KRIS A. MCLEAN
Assistant U.S. Attorney
Attorney for Plaintiff

2